Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2025

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**    June 27, 2025

Via ECF

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
June 27, 2025

Re:   **United States v. Mario Pineiro**
      **25 Mag. 1812 (UA)**

Dear Judge Moses,

I write with the consent of Pretrial Services and the Government to respectfully request a modification of Mr. Pineiro's pretrial release conditions in the above-captioned matter. Mr. Pineiro was arrested and released on May 29, 2025, subject to, *inter alia*, the condition that he reside at his mother's home in Florida, subject to a curfew, until July 1, 2025. *See* Doc. 4. To permit Mr. Peneiro additional time to resolve his housing issues, we respectfully request that his bond be amended to permit him to remain at his mother's home in the Middle District of Florida, subject to his current conditions, until July 15, 2025. Pretrial Services and the Government consent to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Pretrial Services Officer Jonathan Lettieri
      AUSA Kevin Grossinger