**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2025

<u>Via ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  <u>United States v. Mario Pineiro</u>
<u>25 Mag. 1812 (UA)</u>**

> Applications GRANTED. Mr. Pineiro shall be subject to a curfew on his return to New York, with hours to be set in consultation with PTS. In addition, Mr. Pineiro may travel to NDFL on July 13, 2025, but must give his PTS officer his location during the day and contact his PTS officer on his return home.
>
> SO ORDERED.
>
> _/s/ Sarah L. Cave_
> USMJ 7/10/2025

Dear Judge Cave,

    I write with the consent of Pretrial Services and the Government to respectfully request a modification of Mr. Pineiro's pretrial release conditions in the above-captioned matter. Mr. Pineiro was arrested and released on May 29, 2025, subject to, *inter alia*, the condition that he reside at his mother's home in the Middle District of Florida, subject to a curfew, until July 1, 2025 (later extended to July 15, 2025), with home detention to follow upon his return to New York. *See* Docs. 4,7. Given Mr. Pineiro's general compliance with the conditions of his release to date, we respectfully request that the Court modify Mr. Pineiro's home detention condition so that he is subject to a curfew upon his return to New York as well.

    In addition, Mr. Pineiro's travel is restricted to certain Districts including the Middle District of Florida, where he is currently residing. So that Mr. Pineiro may attend a family function at a nearby venue located in the Northern District of Florida, we respectfully request that Mr. Pineiro be permitted to travel to the Northern District of Florida on July 13, 2025, subject to all other conditions of his bond, including his curfew.

    Pretrial Services and the Government do not object to either of the above requests. We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Pretrial Services Officer Jonathan Lettieri
       AUSA Kevin Grossinger