| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor |
| | New York, NY 10007 |
| | Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa | Jennifer L. Brown |
| *Executive Director* | *Attorney-in-Charge* |
| | Southern District |

September 10, 2025

<u>Via ECF</u>

9/10/25 -- Application Granted.

*Valerie Figueredo, U.S.M.J*

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Mario Pineiro</u>
      **25 Mag. 1812 (UA)**

Dear Judge Figueredo,

    I write to respectfully request a modification of Mr. Pineiro's pretrial release conditions in the above-captioned matter. The Government and Pretrial Services do not object to this request.

    Mr. Pineiro was arrested and released on May 29, 2025, subject to, *inter alia*, the condition that he have no access to any internet-enabled devices unless in the presence of defense counsel. *See* Doc. 4. In light of Mr. Pineiro's general compliance with the conditions of his release, on August 7, 2025, the parties agreed to and Judge Lehrburger approved a modification such that Mr. Pineiro could possess one internet-enabled device subject to Pretrial Services monitoring and limited to pre-approved applications and functions. *See* Doc. 13.

    The defense now respectfully requests, without objection from the Government or Pretrial Services, that Mr. Pineiro be permitted to install and access the following applications on his internet-enabled phone:

1. Patient Cloud: An application related to Mr. Pineiro's work for a medical practice.
2. Bank of America: A personal banking application.
3. CVS: A personal health and prescription management application.
4. ACCESS HRA: A benefits management application from the New York City Human Resources Administration.
5. Spotify: A music and audiobooks application.

    Pretrial Services and the Government do not object to the proposed modification.

**United States v. Mario Pineiro**
**25 Mag. 1812 (UA)**

    We thank the Court for its consideration.

                                            Respectfully submitted,

                                            /s/

                                            Neil P. Kelly
                                            Assistant Federal Defender
                                            (212) 417-8744

cc:    Pretrial Services Officer Jonathan Lettieri
        AUSA Kevin Grossinger