# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2025

**Via ECF**

The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Application granted.

**Re:    United States v. Mario Pineiro    Date:    December 16, 2025**
**25 Mag. 1812 (UA)**

Gary Stein
United States Magistate Judge
Southern District of New York

Dear Judge Stein,

I write to respectfully request modification of Mr. Pineiro's pretrial release conditions in the above-captioned matter. The Government and Pretrial Services do not object to this request.

Mr. Pineiro was arrested and released on May 29, 2025, subject to, *inter alia*, the condition that he have no access to internet-enabled devices unless in the presence of defense counsel. *See* Doc. 4. On August 7, 2025, the parties agreed to and Judge Lehrburger approved a modification such that Mr. Pineiro could possess one internet-enabled device subject to Pretrial Services monitoring and limited to pre-approved applications and functions. *See* Doc. 13.

Mr. Pineiro intends to enroll in community college classes in the upcoming semester and will need to use a computer for coursework. To permit him to do so, the defense respectfully requests that Mr. Pineiro's pretrial release conditions be modified to allow him to use a college-owned computer, on campus, solely for coursework, and subject to the college's policies and procedures. We respectfully submit that such limited usage, on the college's internet network and using the college's computers, will comport with the existing limitations on Mr. Pineiro's use of internet-enabled devices, while also allowing him to complete his coursework. Pretrial Services and the Government do not object to the proposed modification.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Pretrial Services Officer Jonathan Lettieri
AUSA Kevin Grossinger