# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2026

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is
directed to terminate Doc. #29.

SO ORDERED.

January 15, 2026

**Re:**   **United States v. Mario Pineiro**
      **25 Mag. 1812 (UA)**

Dear Judge Furman,

I write to respectfully request modification of Mr. Pineiro's pretrial release conditions to permit him to download the MyChart application on his phone. The Government and Pretrial Services do not object to this request.

As part of his pretrial release conditions, Mr. Pineiro's access to internet-enabled devices has been limited to devices, applications, and functions that are pre-approved by Pretrial Services and/or subject to monitoring software. Pursuant to these conditions, Mr. Pineiro has access to one internet-enabled smartphone with applications that have been approved by Pretrial Services. Certain of these applications relate to Mr. Pineiro's medical care, including applications he uses to coordinate his medical appointments, prescription medications, and communications with his treating physicians' medical practices.

Mr. Pineiro recently switched medical providers and needs to download the MyChart application to manage his medical care and communicate with his medical providers. Accordingly, I respectfully request that Mr. Pineiro be permitted to download and install the MyChart application on his smartphone. The Government and Pretrial Services do not object to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Pretrial Services Officer Jonathan Lettieri
    AUSA Kevin Grossinger